

LAW OFFICES OF
# GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.

Patrick G. Grattan
Steven C. Mitchell
John F. Geary
John A. Holdredge
Michael T. Carlson
Leo R. Bartolotta
Raymond J. Fullerton, Jr.
Matthew K. Good
Glenda Carvalho Sell
Jenna H. Coffey
Robert W. Henkels

Of Counsel
Max A. Mickelsen

October 15, 2013

Writer's email: rhenkels@gsoglaw.com

Magistrate Judge Laurel Beeler
United States District Court
450 Golden Gate Avenue
Courtroom C, 15th Floor
San Francisco, CA  94102

RE:   *Noelle Kueberth v. City of Ukiah, et al.*
      USDC, Northern District, Case No.:  CV 12/4272 NJV
      Our File No.:  92013-020

Dear Judge Beeler,

This letter is in reference to a Settlement Conference scheduled in the matter of *Kueberth v. City of Ukiah,* Case No. C 12-04272 JST (LB) on November 4, 2013 at 9:30 am in Courtroom C.  This case involves a civil rights action brought by plaintiff Noelle Kueberth arising out of her arrest by Officers Julian Covela and Kevin Murray for driving under the influence of alcohol.  Plaintiff, who is representing herself in pro per, has named three defendants: Julian Covella, Kevin Murray, and Police Chief Chris Dewey.  As an attorney with Geary, Shea, O'Donnell, Grattan, & Mitchell, which represents all defendants, I shall be attending the settlement conference, as shall Mark Ferguson of the Redwood Empire Municipal Insurance Fund ("REMIF"), who, alone, has settlement authority in this case.  I write this letter to request that Captain Trent Taylor of the Ukiah Police Department be permitted to attend the Settlement Conference in lieu of Officers Covella and Murray and Chief Dewey.

The Ukiah Police Department consists of a relatively small force of officers tasked, as are all police departments, with a very important job.  Requiring three different officers from the department to attend the settlement conference puts a considerable strain on the department.  To allow for each of the named officers to attend, the entire schedule must be re-arranged, requiring other officers to work additional hours to cover their shifts.  Moreover, many officers work varying shifts, both night and day, including the defendant officers, thus making alterations to the scheduling more difficult, and attendance at the Settlement Conference more cumbersome.  Compounding this issue, the City of Ukiah is located over 100 miles away from the Federal Courthouse, a drive that

Magistrate Judge Laurel Beeler
10/15/2013
2 | P a g e


takes approximately two hours, if not more. All defendants live in or around the City of Ukiah, and thus to personally attend the Settlement Conference, they must expend an additional four hours, if not more, in addition to the time spent at the conference itself.

Captain Trent Taylor is a veteran of the Ukiah Police Department and supervisor to both Officers Covela and Murray. He has ably represented the Ukiah Police Department in settlement conferences in similar matters in the past, and can ably and honorably represent the Department in the instant matter. With his attendance, along with my own and Mark Ferguson's of REMIF, defendants will be represented at the Settlement Conference by the individuals tasked with full authority to negotiate and settle the case. Indeed, Mark Ferguson of REMIF is the ***only*** one with settlement authority in this matter. None of the of the named officers would be in a position to affect settlement authority.

Finally, Chief Chris Dewey is tasked with leading the Department, and his absence from his duties would be keenly felt. He is sued by plaintiff only in his capacity of Chief of Police. Plaintiff's complaint does not contain any allegations with respect to his personal conduct, and in fact contains only conclusory allegations of negligent supervision and a failure to properly investigate. Defendants expect to file a motion for summary adjudication on his behalf. In any event, at the very least, Captain Trent Taylor can, and should, adequately represent the City of Ukiah Police Department on Chief Dewey's behalf.

Accordingly, defendants respectfully request that Captain Trent Taylor be allowed to attend the Settlement Conference, currently set for November 4, 2013, as a representative of the Ukiah Police Department, Chris Dewey, and Officers Murray and Covela. As previously stated, Mark Ferguson will also be in attendance, and as the representative of REMIF, only he possesses settlement authority in this case. I thank you for your consideration of this request, and look forward to attendance at the November 4, 2013 Settlement Conference.

Very truly yours,

Robert W. Henkels

APPROVED
Judge Laurel Beeler

Date: October 17, 2013

Magistrate Judge Laurel Beeler
10/15/2013
3 | P a g e

RWH/mas

Cc:   Noelle Kueberth (via email and mail)