1  STEVEN C. MITCHELL, ESQ., SBN 1124644
   ROBERT W. HENKELS, ESQ., SBN 255410
2  GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
   37 Old Courthouse Square, Fourth Floor
3  Santa Rosa, California  95404
   Telephone:  707/545-1660
4  Facsimile:  707/545-1876

5  Attorneys for Defendants
   CITY OF UKIAH, POLICE CHIEF CHRIS DEWEY,
6  OFFICER JULIAN COVELLA and OFFICER KEVIN MURRAY

7  DEREK FORAN (CA SBN 224569)
   DForan@mofo.com
8  KAY FITZ-PATRICK (CA SBN 252977)
   KFitzPatrick@mofo.com
9  MORRISON & FOERSTER LLP
   425 Market Street
10 San Francisco, California  94105-2482
   Telephone:  415.268.7000
11 Facsimile:  415.268.7522

12 Attorneys for Plaintiff
   NOELLE KUEBERTH

                    UNITED STATES DISTRICT COURT

                         NORTHERN DISTRICT

| NOELLE KUEBERTH,                                                                 | CASE NO.:  CV 12-4272 JST |
|----------------------------------------------------------------------------------|---------------------------|
| Plaintiff,                                                                       | **STIPULATED REQUEST FOR ORDER EXTENSION OF TIME TO FILE DISCOVERY MOTIONS [Civil L.R. 6-2(a)]; [Proposed] ORDER THEREON** |
| v.                                                                               |                           |
| CITY OF UKIAH, POLICE CHIEF CHRIS DEWEY, OFFICER JULIAN COVELLA, OFFICER KEVIN MURRAY, DOES 1 to 10, inclusive, | *Unlimited Civil*         |
| Defendants.                                                                      |                           |

TO THIS HONORABLE COURT:

The parties hereby request, by way of stipulation, an order extending the deadline to file motions to compel fact discovery from May 21, 2014 to June 4, 2014.  In so doing, the parties, by and through their counsel of record, agree and stipulate as follows:

1. The last day to file a motion to compel, per local rule, is May 21, 2014. The fact discovery cut-off date per this Court's Scheduling Order is May 14, 2014, and Civil Local Rule 37-3 sets the last day for discovery motions one week later.

2. The parties wish to ensure sufficient time to meaningfully meet and confer should any dispute regarding written discovery arise, and therefore stipulate that good cause exists to change time. The parties thus request a two-week extension of time to file a motion to compel.

3. The parties have not previously stipulated or agreed to any prior time modification, although the Court did order a new trial schedule upon appointment of counsel for plaintiff.

4. The instant extension of time would not otherwise significantly affect the schedule of this case.

IT IS SO STIPULATED.

DATED: May 13, 2014              GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.


By   */s/ Robert W. Henkels*
     ROBERT W. HENKELS
     Attorneys for Defendants
     CITY OF UKIAH, POLICE CHIEF CHRIS DEWEY, OFFICER JULIAN COVELLA and OFFICER KEVIN MURRAY

DATED: May 13, 2014              MORRISON & FOERSTER LLP


By: */s/ Kay Fitz-Patrick*
    KAY FITZ-PATRICK
    Attorneys for Plaintiff
    NOELLE KUEBERTH

### ORDER

After review of the parties' Stipulation and Request, and good cause appearing, the Court hereby GRANTS the parties' request to change time and EXTENDS the last day for the parties to file motions to compel fact discovery to currently outstanding discovery from May 21, 2014 to June 4, 2014.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   May 21, 2014

_____
Honorable Jon S. Tigar
UNITED STATES DISTRICT COURT
JUDGE

IT IS SO ORDERED.
Judge Jon S. Tigar

Law Offices of
Geary,
Shea,
O'donnell,
Grattan &
Mitchell
p.c.

- 3 -
Stipulated Request and Order for Extension of Time to File Discovery Motions 12-cv-04272-JST

E-FILING ATTESTATION

I, Robert Henkels, am the ECF User whose ID and password are being used to file the foregoing document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Kay Fitz-Patrick has concurred in this filing.

By   /s/
     ROBERT W. HENKELS

LAW OFFICES OF
Geary,
Shea,
O'Donnell,
Grattan &
Mitchell
p.c.

- 4 -
Stipulated Request and Order for Extension of Time to File Discovery Motions 12-cv-04272-JST