United States District Court
Northern District of California

1
2
3
4    UNITED STATES DISTRICT COURT
5    NORTHERN DISTRICT OF CALIFORNIA
6
7    NOELLE KUEBERTH,

       Plaintiff,

   v.

CITY OF UKIAH, et al.,

       Defendants.

Case No. 12-cv-04272-JST

**ORDER VACATING MOTION HEARING**

Re: ECF No. 61

Before the Court is Defendants' Motion for Summary Judgment. Dkt. No. 61. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the matter is suitable for disposition without oral argument. The hearing on this matter, currently scheduled for October 9, 2014, is hereby VACATED.

**IT IS SO ORDERED**.

Dated: September 30, 2014



JON S. TIGAR
United States District Judge