ANDERS T. AANNESTAD (CA SBN 211100)
AAannestad@mofo.com
KIMBERLY R. GOSLING (CA SBN 247803)
KGosling@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
Telephone: 858-720-5100
Facsimile: 858-720-5125

Attorneys for Plaintiff
NOELLE KUEBERTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOELLE KUEBERTH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF UKIAH, et al.,<br><br>　　　　　Defendants. | Case No. 12-cv-04272-JST<br><br>**STIPULATION FOR ENTRY OF PARTIAL SUMMARY JUDGMENT**<br><br>Honorable Jon S. Tigar<br><br>Date Action Filed: August 14, 2012 |

1  WHEREAS on August 14, 2012, plaintiff Noelle Kueberth ("Plaintiff") filed her Complaint against defendants City of Ukiah, Police Chief Chris Dewey, Officer Julian Covella, and Officer Kevin Murray (collectively, "Defendants") (Doc. No. 1).

WHEREAS on August 12, 2014, defendants City of Ukiah and Dewey filed a motion for summary judgment or, in the alternative, partial summary judgment (Doc. No. 61).

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, by and through her attorneys, and Defendants, by and through their attorneys, that:

1. Summary Judgment be entered in favor of defendant Police Chief Chris Dewey on all causes of action asserted against him in Plaintiff's Complaint;

2. Summary judgment be entered in favor of defendant City of Ukiah on the third cause of action (entitled "Municipal Liability for Constitutional Violations") and fourth cause of action (entitled "Supervisorial Responsibility for Violations of Plaintiff's Civil Rights") in the Complaint; and

3. Summary judgment be entered in favor of defendant City of Ukiah on the fifth cause of action (entitled "Negligence") and the sixth cause of action (entitled "Assault and Battery") in the Complaint to the extent those causes of action allege that the City of Ukiah is directly liable for its own conduct, but not to the extent those causes of action allege that the City of Ukiah is vicariously liable for the conduct of its employees.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: October 2, 2014 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By:   */s/ Kimberly R. Gosling* |
| 4 | |       KIMBERLY R. GOSLING |
| 5 | | Attorneys for Plaintiff<br>NOELLE KUEBERTH |
| 6 | Dated: October 2, 2014 | GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C. |

By:   */s/ Robert W. Henkels*
      ROBERT W. HENKELS

Attorneys for Defendants
CITY OF UKIAH, POLICE CHIEF CHRIS DEWEY, OFFICER JULIAN COVELLA and OFFICER KEVIN MURRAY

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: October 7, 2014

Honorable Jon S. Tigar
UNITED STATES DISTRICT COURT JUDGE

**ECF ATTESTATION**

I, Kimberly R. Gosling, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER.**  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the above-named signatory concurs in this filing.

DATED:     October 2, 2014

                         MORRISON & FOERSTER LLP

                         */s/ Kimberly R. Gosling*
                         KIMBERLY R. GOSLING

                         Attorneys for Plaintiff
                         NOELLE KUEBERTH