ANDERS T. AANNESTAD (CA SBN 211100)
AAannestad@mofo.com
KIMBERLY R. GOSLING (CA SBN 247803)
KGosling@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Attorneys for Plaintiff
NOELLE KEUBERTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOELLE KEUBERTH,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF UKIAH, et al.,<br><br>            Defendant. | Case No.   12-cv-04272-JST<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Honorable Jon S. Tigar<br><br>Date Action Filed: August 14, 2012 |

1  WHEREAS on August 14, 2012, plaintiff Noelle Kueberth ("Plaintiff") filed her
2  Complaint against defendants City of Ukiah, Police Chief Chris Dewey, Officer Julian Covella,
3  and Officer Kevin Murray (collectively, "Defendants") (Doc. No. 1).

4  WHEREAS, Plaintiff and Defendants wish to resolve this case without further litigation.

5  WHEREAS, Plaintiff and the Defendants have agreed to bear their own fees and costs
6  incurred in connection with this action, including any work done prior to the filing of this lawsuit.

7  **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, by and
8  through her attorneys, and Defendants, by and through their attorneys, that the Court enter the
9  accompanying proposed order dismissing this action with prejudice pursuant to Federal Rule of
10 Civil Procedure 41(a)(1)(A)(ii).

Dated: December 31, 2014     MORRISON & FOERSTER LLP

By: */s/ Kimberly R. Gosling*
    KIMBERLY R. GOSLING

    Attorneys for Plaintiff
    NOELLE KEUBERTH

Dated:  December 31, 2014    GEARY, SHEA, O'DONNELL, GRATTAN
                             & MITCHELL, P.C.

By: */s/ Robert W. Henkels*
    ROBERT W. HENKELS

    Attorneys for Defendants
    CITY OF UKIAH, POLICE CHIEF
    CHRIS DEWEY, OFFICER JULIAN
    COVELLA, and OFFICER KEVIN
    MURRAY

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 12-cv-04272-JST
sd-653144

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

This action is hereby dismissed with prejudice.  Each party shall bear its own fees and costs.

Dated: January 4, 2015

JON S. TIGAR
United States District Judge

IT IS SO ORDERED
Judge Jon S. Tigar

# ECF ATTESTATION

I, Robert W. Henkels, am the ECF user whose identification and password are being used to file this STIPULATION TO DISMISS ACTION WITH PREJUDICE **AND [PROPOSED] ORDER**. Pursuant to Civil L.R. 5-1(i)(3) and General Order 45, I hereby attest that Kimberly R. Gosling concurs in this filing.

Dated: January 1, 2015        */s/ Robert W. Henkels*
                               Robert W. Henkels